**United States Bankruptcy Court**
**District of Nevada**

IN RE:                                                                                    Case No. BK-N-09-51057

Reyes, Cathy A. & Reyes, John H.                                     Chapter 13
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: April 8, 2009          Signature: /s/ Cathy A. Reyes
                                         Cathy A. Reyes                                                    Debtor

Date: April 8, 2009          Signature: /s/ John H. Reyes
                                         John H. Reyes                                            Joint Debtor, if any

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Reyes, John H
70 Stags Leap Circle
Sparks, NV  89441

Kohls/chase
N56 W17000 Ridgewood Dr
Menomonee Falls, WI  53051

Reyes, Cathy A
70 Stags Leap Circle
Sparks, NV  89441

Raymond Buendia
110 W. C Street, Suite 1014
San Diego, CA  92101

Fahrendorf, Viloria, Oliphant & Olster LLP
327 California Ave
Reno, NV  89519

Rc Willey Home Furn
2301 S 300 W
Salt Lake City, UT  84115

American Home Mortgage Service
POB  631730
Irving, TX  75063

Rochelle A. Rand, APC
1901 First Ave., St. 146
San Diego, CA  92101

Cabrillo Credit Union
880 Front St Ste 2295
San Diego, CA  92101

Silver State Schools Credit Union
P.O. Box 12037
Las Vegas, NV  89112-0037

Cap One
Po Box 85520
Richmond, VA  23285

Superior Court Of California
County Of San Diego
330 W Broadway
San Diego, CA  92101

Chase (Disney Rewards)
800 Brooksedge Blvd
Westerville, OH  43081

Target National Bank
P.O. Box 673
Minneapolis, MN  55440

Citi Drivers Edge
P.O. Box 6500
Sioux Falls, SD  57117

Thd/cbsd
Po Box 6497
Sioux Falls, SD  57117

Gordon D. Cruz
110 W. C Street, Suite 2300
San Diego, CA  92101

Thor Credit Corporation
P.O. Box 51826
Los Angeles, CA  90051-6126

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA  19114-0326

Visdsnb (Macy's Visa)
9111 Duke Blvd
Mason, OH  45040