**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:                                                          Case No.: BK-N-09-51057-GWZ
Reyes, Cathy A. & Reyes, John H.                               Chapter: 13

_____Debtor(s)_____

**AMENDMENT COVER SHEET**

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

_____ Voluntary Petition (specify reason for amendment)
_____ Summary of Schedules
_____ Statistical Summary of Certain Liabilities
_____ Schedule A - Real Property
_____ Schedule B - Personal Property
_____ Schedule C - Property Claimed as exempt
_____ Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders
           _____ Add/delete creditor(s), change amount or classification of debt - $26.00 Fee required.
           _____ Add/change address of already listed creditor - No fee
_____ Schedule G - Executory Contracts and Unexpired Leases
_____ Schedule H - CoDebtors
__X__ Schedule I - Current Income of Individual Debtor(s)
__X__ Schedule J - Current Expenditures of Individual Debtor(s)
_____ Declaration Concerning Debtor's Schedules
_____ Statement of Financial Affairs and/or Declaration
_____ Chapter 7 Individual Debtor's Statement of Intention
_____ Disclosure of Compensation of Attorney for Debtor(s)
_____ Statement of Current Monthly Income and Means Test Calculation
_____ Certification of Credit Counseling
_____ Other:

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

**Declaration of Debtor**

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 08/10/2009          /s/ Cathy A. Reyes              /s/ John H. Reyes
                                  Debtor                              Joint Debtor

American LegalNet, Inc.
www.FormsWorkflow.com

B6I (Official Form 6I) (12/07)

IN RE Reyes, Cathy A. & Reyes, John H.                                          Case No. BK-N-09-51057-gwz
                        Debtor(s)                                                        (If known)

# FIRST AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Married | RELATIONSHIP(S):<br>Son<br>Daughter | | AGE(S):<br>6<br>4 |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation<br>Name of Employer<br>How long employed<br>Address of Employer | Security Officer<br>Bonanza Casino | See Schedule Attached |

| | DEBTOR | SPOUSE |
|---|---|---|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | |
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 624.00 | $ 8,648.84 |
| 2. Estimated monthly overtime | $ | $ |
| 3. SUBTOTAL | $ 624.00 | $ 8,648.84 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and Social Security | $ 47.75 | $ 1,378.54 |
|    b. Insurance | $ | $ |
|    c. Union dues | $ | $ |
|    d. Other (specify) _____ | $ | $ |
| | $ | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 47.75 | $ 1,378.54 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 576.25 | $ 7,270.30 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance<br>   (Specify) _____ | $ | $ |
| | $ | $ |
| 12. Pension or retirement income | | |
| 13. Other monthly income<br>   (Specify) _____ | $ | $ |
| | $ | $ |
| | $ | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 576.25 | $ 7,270.30 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 7,846.55 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
Debtor's job with Washoe County will see a 2.5% pay decrease and will not receive a COLA increase.

The ongoing litigation will also affect the Debtors earnings as Ms. Reyes is only paid for time she works and will not be paid when she takes time off for the pending suits. In addition, these cases will require future expenses and costs.

IN RE <u>Reyes, Cathy A. & Reyes, John H.</u>                              Case No. _____
                              Debtor(s)

## FIRST AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | PERS Pension |
| Name of Employer | | State Of California Public Employee Retireme |
| How long employed | | |
| Address of Employer | | PO Box 942716
Sacramento, CA  94229 |
| | | |
| Occupation | | Bailiff |
| Name of Employer | | Washoe County |
| How long employed | | |
| Address of Employer | | P0 Box 11130
Reno, NV  89520 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Reyes, Cathy A. & Reyes, John H.</u>                                    Case No. _____
                          Debtor(s)                                                              (If known)

# FIRST AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)                                        $   2,391.00
   a. Are real estate taxes included?  Yes ✓  No ___
   b. Is property insurance included?  Yes ___  No ✓
2. Utilities:
   a. Electricity and heating fuel                                                                            $     350.00
   b. Water and sewer                                                                                         $      90.00
   c. Telephone                                                                                               $     181.00
   d. Other  See Schedule Attached                                                                            $   2,785.00
                                                                                                              $ _____
3. Home maintenance (repairs and upkeep)                                                                      $     100.00
4. Food                                                                                                       $     680.00
5. Clothing                                                                                                   $     150.00
6. Laundry and dry cleaning                                                                                   $      50.00
7. Medical and dental expenses                                                                                $     100.00
8. Transportation (not including car payments)                                                                $ _____
9. Recreation, clubs and entertainment, newspapers, magazines, etc.                                           $      85.00
10. Charitable contributions                                                                                  $      20.00
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's                                                                                $      70.00
    b. Life                                                                                                   $     125.00
    c. Health                                                                                                 $ _____
    d. Auto                                                                                                   $     340.00
    e. Other _____                                          $ _____
                                                                                                              $ _____
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) _____                                          $ _____
                                                                                                              $ _____
13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
    a. Auto                                                                                                   $ _____
    b. Other _____                                          $ _____
                                                                                                              $ _____
14. Alimony, maintenance, and support paid to others                                                          $ _____
15. Payments for support of additional dependents not living at your home                                     $ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)              $ _____
17. Other  See Schedule Attached                                                                              $     575.00
                                                                                                              $ _____
                                                                                                              $ _____

18. **AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if
applicable, on the Statistical Summary of Certain Liabilities and Related Data.                              | $   8,092.00 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
Litigation expenses are for the Reyes v. Kozlowski Case. The Debtors estimate they have already spent over $400,000 on this matter. They initiated an action to retain/return/restore custody of their eldest daughter. While this matter is pending, the debtors anticipate additional expenses.

Trial is set in June 2009 for the Rand v. Reyes matter. Additional expenses may be needed for this matter as well.

In addition, Ms. Reyes is only paid for the time that she actually works. In light of the pending litigation, her income from employment is sporadic as she has had to take significant time to attend the litigation matters, both are in San Diego, CA.

20. **STATEMENT OF MONTHLY NET INCOME**
    a. Average monthly income from Line 15 of Schedule I                                                      $   7,846.55
    b. Average monthly expenses from Line 18 above                                                            $   8,092.00
    c. Monthly net income (a. minus b.)                                                                       $    -245.45

IN RE <u>Reyes, Cathy A. & Reyes, John H.</u>                                    Case No. _____
                                    Debtor(s)

## FIRST AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

| | |
|---|---:|
| Other Utilities (DEBTOR) | |
| Trash | 50.00 |
| Other Utilities: Intenet/Cable | 136.00 |
| IRS | 353.00 |
| Storage Unit | 320.00 |
| Other Taxes | 938.00 |
| Monthly RV Payment | 988.00 |
| Other Expenses (DEBTOR) | |
| Housekeeping | 70.00 |
| Personal Care Products And Services | 55.00 |
| Gasoline, Oil | 250.00 |
| Home Maintenance And Upkeep | 100.00 |
| Automobile License And Upkeep | 100.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only